No. 144. IOWA-ILLINOIS GAS & ELECTRIC CO. *v.* BENSON, SECRETARY OF AGRICULTURE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *E. Fontaine Broun, John H. Pickering* and *Henry T. Rathbun* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondents.

No. 812. BROWN ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 5th Cir. Certiorari denied. *Erle Pettus, Jr.* for petitioners. *James A. Simpson, White E. Gibson, Jr., Robert McD. Smith, H. G. Breetz, J. L. Lenihan* and *W. L. Grubbs* for respondent.

No. 825. FLOYD ET AL. *v.* COMPLETE AUTO TRANSIT, INC. C. A. 5th Cir. Certiorari denied. *Henry Hammer, Henry H. Edens, J. H. Highsmith* and *Lamar W. Sizemore* for petitioners. *T. Baldwin Martin* for respondent.

No. 854. DE CASAUS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 862. CIRILLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *C. Francis Fisher* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.